**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: Roofing by Adam, Ltd | § | Case No. 05-55947 |
| | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

  Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that DAVID P. LEIBOWITZ              , trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

  The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

  219 S. Dearborn
  Chicago, IL 60604

  Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30 on 01/28/2010 in Courtroom 619, United States Courthouse, Everett McKinley Dirksen United States Courthouse
219 South Dearborn Street
Chicago, IL 60604 .
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

  Date Mailed: 12/17/2009        By: /s/DAVID P. LEIBOWITZ
                                         Trustee

DAVID P. LEIBOWITZ
420 W. Clayton Street
Waukegan, IL 60085-4216
(847) 249-9100

**UST Form 101-7-NFR (9/1/2009)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: Roofing by Adam, Ltd § Case No. 05-55947
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 2,002.41 |
| *and approved disbursements of* | $ 0.00 |
| *leaving a balance on hand of* [1] | $ 2,002.41 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| N/A | |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| Trustee | DAVID P. LEIBOWITZ | $ 256.91 | $ 206.62 |
| Attorney for trustee | | $ | $ |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | Michael Goldman & Associates | $ 538.88 | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ 1,000.00 | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

*Attorney for debtor* _____  $_____  $_____
*Attorney for* _____  $_____  $_____
*Accountant for* _____  $_____  $_____
*Appraiser for* _____  $_____  $_____
*Other* _____  $_____  $_____

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

*Claim Number*   *Claimant*                                        *Allowed Amt. of Claim*   *Proposed Payment*
                                N/A

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 8,203.29 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent.

Timely allowed general (unsecured) claims are as follows:

*Claim Number*   *Claimant*                                        *Allowed Amt. of Claim*   *Proposed Payment*
   1             Lakefront Roofing Supply       $      8,203.29          $         0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number*   *Claimant*                                        *Allowed Amt. of Claim*   *Proposed Payment*

**UST Form 101-7-NFR (9/1/2009)**

N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number*    *Claimant*                *Allowed Amt. of Claim*    *Proposed Payment*

N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

Prepared By: /s/DAVID P. LEIBOWITZ
                        Trustee

DAVID P. LEIBOWITZ
420 W. Clayton Street
Waukegan, IL  60085-4216
(847) 249-9100

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: dramey                 Page 1 of 1                  Date Rcvd: Dec 21, 2009
Case: 05-55947                 Form ID: pdf006              Total Noticed: 15

The following entities were noticed by first class mail on Dec 23, 2009.
db         +Roofing by Adam, Ltd,    4308 N Kostner,    Chicago, IL 60641-2012
tr         +David P Leibowitz, ESQ,    Leibowitz Law Center,    420 Clayton Street,    Waukegan, IL 60085-4216
10267457   +Adam and Dawn Walczak,    4308 N. Kostner,    Chicago, IL 60641-2012
10267458   +Ameritech Publishing of Illinois,    c/o Feingold & Levy,    10 South LaSalle, Ste-900,
             Chicago, IL 60603-1016
10267459   +Capital One,    P.O. Box 790217,    St. Louis, MO 63179
10267461    J.S. Paluch Company, Inc.,    3708 River Road, Ste-400,    Franklin Park, IL 60131-2158
10267463   +LaSalle Bank, N.A.,    135 S. LaSalle Street,    Chicago, IL 60603-4489
10267462   +Lakefront Roofing Supply,    2950 N. Western,    Chicago, IL 60618-8021
10267464   +Liberty Mutual Insurance,    c/o Dunsdemand,    77 Hartland Street, Ste-401,
             East Hartford, CT 06108-3253
10267465   +National Roofing Contractors Association,    Membership Department,
             10233 W. Higgins Rd., Ste-600,    Rosemont, IL 60018-3816
10267466   +Peoples Gas,    c/o HARRIS & HARRIS, LTD.,    600 W. Jackson Blvd., Ste-400,
             Chicago, IL 60661-5675
10267467   +Quality Building Supply Co.,    4918 W. North Avenue,    Chicago, IL 60639-4532
10267468   +SBC Yellow Pages,    R.H. Donnelley,    Attn: Customer Care,    1615 Bluff City Highway,
             Bristol, TN 37620-6055
10267469   +Yellow Book USA,    Yellow Book of Illinois, LLC,    1933 N. Meecham Rd., Ste-600,
             Schaumburg, IL 60173-4390

The following entities were noticed by electronic transmission on Dec 21, 2009.
10267460       E-mail/Text: legalcollections@comed.com                             Commonwealth Edison,
             Bill Payment Center,    Chicago, IL 60668-0001
                                                                                             TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Dec 23, 2009**     **Signature:** *Joseph Speetjens*