**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: Roofing by Adam, Ltd                              §   Case No. 05-55947
                                                         §
                                                         §
Debtor(s)                                                §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

　　　DAVID P. LEIBOWITZ, chapter 7 trustee, submits this Final Account,
Certification that the Estate has been Fully Administered and Application to be Discharged.

　　　1)  All funds on hand have been distributed in accordance with the Trustee's Final Report
and, if applicable, any order of the Court modifying the Final Report. The case is fully
administered and all assets and funds which have come under the trustee's control in this case
have been properly accounted for as provided by law. The trustee hereby requests to be
discharged from further duties as a trustee.

　　　2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims
discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $360.00                Assets Exempt: $0.00

Total Distribution to Claimants: $0.00    Claims Discharged
                                          Without Payment: $162,536.96

Total Expenses of Administration: $2,002.56

　　　3)  Total gross receipts of $    2,002.56   (see **Exhibit 1** ), minus funds paid to the debtor
and third parties of $      0.00    (see **Exhibit 2**), yielded net receipts of $2,002.56
from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,953.19 | 2,442.22 | 2,002.56 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 162,517.86 | 8,203.29 | 8,203.29 | 0.00 |
| **TOTAL DISBURSEMENTS** | $162,517.86 | $11,156.48 | $10,645.51 | $2,002.56 |

    4) This case was originally filed under Chapter 7 on October 14, 2005.
. The case was pending for 56 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8** . The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9** .

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/18/2010          By: /s/DAVID P. LEIBOWITZ
                                               Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 — GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| Leibowitz v. Martofel Construction 07-978 | 1249-000 | 2,000.00 |
| Interest Income | 1270-000 | 2.56 |
| **TOTAL GROSS RECEIPTS** | | **$2,002.56** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 — FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | N/A | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 — SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | N/A | | | |
| **TOTAL SECURED CLAIMS** | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (9/1/2009)**

### EXHIBIT 4 − CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DAVID P. LEIBOWITZ | 2100-000 | N/A | 500.60 | 500.60 | 256.91 |
| DAVID P. LEIBOWITZ | 2200-000 | N/A | 402.59 | 402.59 | 206.62 |
| Office of the Clerk United States Bankruptcy Court | 2700-000 | N/A | 250.00 | 250.00 | 250.00 |
| Office of the Clerk United States Bankruptcy Court | 2700-000 | N/A | 250.00 | 250.00 | 250.00 |
| Office of the Clerk United States Bankruptcy Court | 2700-000 | N/A | 250.00 | 250.00 | 250.00 |
| Office of the Clerk United States Bankruptcy Court | 2700-000 | N/A | 250.00 | 250.00 | 250.00 |
| Michael Goldman & Associates | 3310-000 | N/A | 1,050.00 | 539.03 | 539.03 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 2,953.19 | 2,442.22 | 2,002.56 |

### EXHIBIT 5 − PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 − PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|

**UST Form 101-7-TDR (9/1/2009)**

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Lakefront Roofing Supply | 7100-000 | 8,184.19 | 8,203.29 | 8,203.29 | 0.00 |
| Quality Building Supply Co | 7100-000 | 25,779.40 | N/A | N/A | 0.00 |
| Peoples Gas | 7100-000 | 709.75 | N/A | N/A | 0.00 |
| SBC yellow Pages | 7100-000 | 638.74 | N/A | N/A | 0.00 |
| National Roofing Contractors Association | 7100-000 | 1,475.00 | N/A | N/A | 0.00 |
| Yellow Book USA | 7100-000 | 25,684.45 | N/A | N/A | 0.00 |
| Capital One | 7100-000 | 6,194.44 | N/A | N/A | 0.00 |
| Liberty Mutual Insurance | 7100-000 | 3,632.00 | N/A | N/A | 0.00 |
| Ameritech Publising of Illinois | 7100-000 | 65,055.57 | N/A | N/A | 0.00 |
| J.S. Paluch Company Inc | 7100-000 | 2,625.00 | N/A | N/A | 0.00 |
| LaSalle Bank | 7100-000 | 22,356.50 | N/A | N/A | 0.00 |
| Commonweatth Edison | 7100-000 | 182.82 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 162,517.86 | 8,203.29 | 8,203.29 | 0.00 |

**UST Form 101-7-TDR (9/1/2009)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 05-55947  **Trustee:** (330570) DAVID P. LEIBOWITZ
**Case Name:** Roofing by Adam, Ltd  **Filed (f) or Converted (c):** 10/14/05 (f)
**§341(a) Meeting Date:** 01/10/06
**Period Ending:** 05/18/10  **Claims Bar Date:** 06/09/06

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Checking Account | 30.00 | 30.00 | DA | 0.00 | FA |
| 2 | Computer, Monitor & PrinterMonitor & Printer | 150.00 | 150.00 | DA | 0.00 | FA |
| 3 | Leibowitz v. Walczak 07-967 | Unknown | 42,215.03 | DA | 0.00 | FA |
| 4 | Leibowitz v. Martofel Construction 07-978 | Unknown | 26,289.00 | DA | 2,000.00 | FA |
| 5 | Leibowitz v. NT Construction Inc. 07-982 | Unknown | 20,667.89 | DA | 0.00 | FA |
| 6 | Leibowitz v. Allied Building Products 07-984 | Unknown | 22,223.34 | DA | 0.00 | FA |
| 7 | LaSalle Bank, NA Checking account | 30.00 | 0.00 | DA | 0.00 | FA |
| 8 | Computer, monitor and printer (10 years old) | 150.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 2.56 | FA |
| 9 | Assets    Totals (Excluding unknown values) | **$360.00** | **$111,575.26** | | **$2,002.56** | **$0.00** |

**Major Activities Affecting Case Closing:**

TFR to be done
1/30/09
Proposed dist. report prepared for dpl's review 09-03-09
TFR sent to Tom for Review. 09/28/09
TFR filed on 12/18/2009
TFR hearing se for 01/28/2010

Preferences possible settlements early 2008
Martofel adversary settled and closed.
TFR hearing on 01/28/2010

**Initial Projected Date Of Final Report (TFR):**    March 7, 2007    **Current Projected Date Of Final Report (TFR):**    December 18, 2009  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 05-55947 | | Trustee: | DAVID P. LEIBOWITZ (330570) |
| --- | --- | --- | --- | --- |
| Case Name: | Roofing by Adam, Ltd | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****93-65 - Money Market Account |
| Taxpayer ID #: | **-***2704 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 05/18/10 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 04/03/08 | {4} | Martofel Construction Corp. | Per settlement for 07 A 978 Leibowitz v. Martofel | 1249-000 | 500.00 | | 500.00 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 0.05 | | 500.05 |
| 05/09/08 | {4} | Martofel Construction | Partial Settlement of Adversary with Martofel | 1249-000 | 500.00 | | 1,000.05 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.09 | | 1,000.14 |
| 06/03/08 | {4} | Martofel Construction Corp. | Third settlement payment of $500 | 1249-000 | 500.00 | | 1,500.14 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.18 | | 1,500.32 |
| 07/01/08 | {4} | Martofel Construction Corp. | Final payment per settlement | 1249-000 | 500.00 | | 2,000.32 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.24 | | 2,000.56 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.23 | | 2,000.79 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.26 | | 2,001.05 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 0.21 | | 2,001.26 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 0.15 | | 2,001.41 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.14 | | 2,001.55 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.08 | | 2,001.63 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.07 | | 2,001.70 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.08 | | 2,001.78 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.08 | | 2,001.86 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.07 | | 2,001.93 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.08 | | 2,002.01 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.08 | | 2,002.09 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.08 | | 2,002.17 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.08 | | 2,002.25 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.08 | | 2,002.33 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.08 | | 2,002.41 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.08 | | 2,002.49 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.07 | | 2,002.56 |
| 02/01/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0050% | 1270-000 | 0.00 | | 2,002.56 |
| 02/01/10 | | To Account #********9366 | In preparation of Distribution | 9999-000 | | 2,002.56 | 0.00 |

| | ACCOUNT TOTALS | 2,002.56 | 2,002.56 | $0.00 |
| --- | --- | --- | --- | --- |
| | Less: Bank Transfers | 0.00 | 2,002.56 | |
| | Subtotal | 2,002.56 | 0.00 | |
| | Less: Payments to Debtors | | 0.00 | |
| | NET Receipts / Disbursements | $2,002.56 | $0.00 | |

{} Asset reference(s)

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 05-55947 | | Trustee: | DAVID P. LEIBOWITZ (330570) |
|---|---|---|---|---|
| Case Name: | Roofing by Adam, Ltd | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****93-66 - Checking Account |
| Taxpayer ID #: | **-***2704 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 05/18/10 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 02/01/10 | | From Account #********9365 | In preparation of Distribution | 9999-000 | 2,002.56 | | 2,002.56 |
| 02/01/10 | 101 | Office of the United States Trustee | Dividend paid 100.00% on $250.00, Clerk of the Court Costs (includes adversary and other filing fees);  Reference: Voided on 02/04/10 | 2700-003 | | 250.00 | 1,752.56 |
| 02/01/10 | 102 | Office of the United States Trustee | Dividend paid 100.00% on $250.00, Clerk of the Court Costs (includes adversary and other filing fees);  Reference: Voided on 02/04/10 | 2700-003 | | 250.00 | 1,502.56 |
| 02/01/10 | 103 | Office of the United States Trustee | Dividend paid 100.00% on $250.00, Clerk of the Court Costs (includes adversary and other filing fees);  Reference: Voided on 02/04/10 | 2700-003 | | 250.00 | 1,252.56 |
| 02/01/10 | 104 | Office of the United States Trustee | Dividend paid 100.00% on $250.00, Clerk of the Court Costs (includes adversary and other filing fees);  Reference: Voided on 02/04/10 | 2700-003 | | 250.00 | 1,002.56 |
| 02/01/10 | 105 | Michael Goldman & Associates | Dividend paid 100.00% on $539.03, Accountant for Trustee Fees (Trustee Firm);  Reference: | 3310-000 | | 539.03 | 463.53 |
| 02/01/10 | 106 | DAVID P. LEIBOWITZ | Dividend paid  51.32% on $402.59, Trustee Expenses;  Reference: | 2200-000 | | 206.62 | 256.91 |
| 02/01/10 | 107 | DAVID P. LEIBOWITZ | Dividend paid  51.32% on $500.60, Trustee Compensation;  Reference: | 2100-000 | | 256.91 | 0.00 |
| 02/04/10 | 101 | Office of the United States Trustee | Dividend paid 100.00% on $250.00, Clerk of the Court Costs (includes adversary and other filing fees);  Reference: Voided: check issued on 02/01/10 | 2700-003 | | -250.00 | 250.00 |
| 02/04/10 | 102 | Office of the United States Trustee | Dividend paid 100.00% on $250.00, Clerk of the Court Costs (includes adversary and other filing fees);  Reference: Voided: check issued on 02/01/10 | 2700-003 | | -250.00 | 500.00 |
| 02/04/10 | 103 | Office of the United States Trustee | Dividend paid 100.00% on $250.00, Clerk of the Court Costs (includes adversary and other filing fees);  Reference: Voided: check issued on 02/01/10 | 2700-003 | | -250.00 | 750.00 |
| 02/04/10 | 104 | Office of the United States Trustee | Dividend paid 100.00% on $250.00, Clerk of the Court Costs (includes adversary and other filing fees);  Reference: Voided: check issued on 02/01/10 | 2700-003 | | -250.00 | 1,000.00 |
| 02/04/10 | 108 | Office of the Clerk United States | | 2700-000 | | 250.00 | 750.00 |
| | | | Subtotals : | | $2,002.56 | $1,252.56 | |

{} Asset reference(s)

Printed: 05/18/2010 01:59 PM    V.12.08

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 05-55947  
**Case Name:** Roofing by Adam, Ltd  

**Taxpayer ID #:** **-***2704  
**Period Ending:** 05/18/10  

**Trustee:** DAVID P. LEIBOWITZ (330570)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****93-66 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | Bankruptcy Court | | | | | |
| 02/04/10 | 109 | Office of the Clerk United States Bankruptcy Court | | 2700-000 | | 250.00 | 500.00 |
| 02/04/10 | 110 | Office of the Clerk United States Bankruptcy Court | | 2700-000 | | 250.00 | 250.00 |
| 02/04/10 | 111 | Office of the Clerk United States Bankruptcy Court | | 2700-000 | | 250.00 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **2,002.56** | **2,002.56** | **$0.00** |
| | | | Less: Bank Transfers | | 2,002.56 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **2,002.56** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$2,002.56** | |

{} Asset reference(s)

Printed: 05/18/2010 01:59 PM    V.12.08

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

| **Case Number:** | 05-55947 | | **Trustee:** | DAVID P. LEIBOWITZ (330570) |
| --- | --- | --- | --- | --- |
| **Case Name:** | Roofing by Adam, Ltd | | **Bank Name:** | The Bank of New York Mellon |
| | | | **Account:** | 9200-******93-66 - Checking Account |
| **Taxpayer ID #:** | **-***2704 | | **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Period Ending:** | 05/18/10 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| (No Transactions on File for this Period) | | | **ACCOUNT TOTALS** | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

Net Receipts :  2,002.56
_____
Net Estate :  $2,002.56

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
| --- | --- | --- | --- |
| **MMA # ***-*****93-65** | 2,002.56 | 0.00 | 0.00 |
| **Checking # ***-*****93-66** | 0.00 | 2,002.56 | 0.00 |
| **Checking # 9200-******93-66** | 0.00 | 0.00 | 0.00 |
| | $2,002.56 | $2,002.56 | $0.00 |
| Bank Transfers | $2,002.56 | $2,002.56 | |

{} Asset reference(s)    Printed: 05/18/2010 01:59 PM    V.12.08